# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| ANTHONY EVANS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BRIAN M. GOOTKIN and JIM SALMONSEN,<br><br>　　　　Defendants. | Cause No. CV 21-93-H-BMM<br><br><br>**ORDER** |

On March 31, 2022, the parties filed a stipulation of dismissal with prejudice, signed by all parties who have appeared. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the stipulation effects dismissal with no need for further action by the Court.

Accordingly, **IT IS ORDERED** that the pending motions to dismiss (Docs. 8, 12) are DISMISSED AS MOOT.

DATED this 4th day of April, 2022.

_____
Brian Morris, Chief District Judge
United States District Court